# EXHIBIT "A"

Subscribe    Sign In

Recommended

 New bakery brings taste of Brazil to Stamford mall
 CT legislators troubled by M&T customers'
 NBC Sports' Sunday NFL opener draws more than 25
 After Fairway Market closing, property awaits
 7 businesses opening new locations in

BUSINESS

# Book closed on failed mortgage broker

Rob Varnon, STAFF WRITER
March 16, 2010



A Danbury businessman went from being the chief of a mortgage lender that originated more than $300 million in loans to being so poor that state regulators are allowing him to do community service in lieu of paying fines.

There was a moment in 2006 when everything was going right for Danbury-based Fairfield Financial Mortgage Group Inc. and founder Charles Levesque.

That year, SI Financial Group Inc., the holding company for Savings Institute Bank & Trust Co., agreed to acquire Fairfield Financial, which had grown into a mortgage lender with offices in seven states and was licensed to operate in eight more. Fairfield Financial, according to a statement issued by the two companies in September 2006, originated more than $386 million in loans in less than a decade after it was founded by Levesque.

---

**CYBER MONDAY SALE EXTENDED! 6 MONTHS FOR 99¢**                    ACT NOW

---

But business turned sour for the mortgage lender.

On April 2, 2007, SI Financial terminated the acquisition agreement. That action was followed by a settlement agreement signed with the State Department of Banking that required Fairfield Financial to hire an independent auditor to make sure the company complied with its loan policies. The lender paid a $15,000 fine.

## More Business

**Florida mortgage lender leaves Connecticut deals dry**
Read Now


**Florida mortgage lender leaves Connecticut deals dry**
Read Now


Howard Pitkin, the state banking department commissioner, said Fairfield Financial failed to hire the auditor and a review by department investigators found the company was "nearly broke."

The department pulled the license and banned Levesque from working in the industry for four years. Pitkin said his agency agreed to have Levesque do 100 hours of community service instead of paying a fine, because of the poor financial condition of the company.

"It's the first time we've ever done that," he said.

Pitkin said he wanted people to understand that if you enter into a settlement with the department, the department will make sure that settlement is carried out.

**REAL ESTATE GUIDE**

Your guide to finding a house or apartment in Connecticut
Our easy-to-use guide will help you navigate some of the most popular housing markets in CT.

## MOST POPULAR

1. Stamford police identify two pedestrians killed while crossing Washington Boulevard

2. Stamford police: Two pedestrians killed in early Saturday crash

3. With Azzi Fudd out, UConn women's basketball team falls to Notre Dame for first loss of season

4. In Stamford, delay in answer to 911 call draws attention to dispatcher manpower

5. Stamford's schools are getting new sidewalks. Here's which ones and why.

6. SEEN: SantaCon Stamford 2022

7. Christopher Francisquini's arrest 'best birthday gift' for slain Naugatuck infant, mom says

### FIND THE BEST NEAR YOU

Shopping
The Best Pizza in CT

Shopping
The Best Roofers in Connecticut

Shopping
The Best Live Theaters in CT

Shopping
The Best Solar Companies in CT

"Failure to comply with a regulatory order carries consequences," he said.

Attempts to locate Levesque for a comment were unsuccessful Tuesday.

In addition to closing the book on Fairfield Financial, the department also finalized fines totaling $60,000 against Cuppy's Coffee & More Inc. and a related company called Elite Manufacturing LLC, for failing to register a franchise offer with the department.

Cuppy's signed up at least one Connecticut resident to be a franchisee but went out of business.

Written By
Rob Varnon, STAFF WRITER

VIEW COMMENTS

### IN-DEPTH COVERAGE

- Haar: Every single CT city has a white mayor. Why?
- CT man accused of killing infant child to appear in court today

- Abrupt Ninety Nine Restaurant closings in CT prompt questions
- How CT towns plan to spend money from 84 million 'nips' sales.

stamford advocate

TOP

**ABOUT**

Newspaper Delivery Safety Procedures
Terms of Use
Privacy Notice
Careers
Your California Privacy Rights
Advertising
Interest Based Ads
Archives

**CONTACT**

Contact Us
Today's e-Edition
Annual DEI Report
Submissions
Hearst Connecticut jobs
Corporate Subscriptions
FAQ

**CONNECT**

Subscribe Today
Facebook
Newsletter Sign Up
Twitter

HEARST newspapers
©2022 Hearst