**EXHIBIT "B"**



Sovereign Bank
G/L
Jose
1800-232-5200

```
SHEILA E WILLIAMS                                            570
451 LIBERTY ST                                               50-7936/2219
BEACON, NY 12508                  5/7/22 DATE                13
                                                             CHECK

PAY TO THE   Charles L Levesque            $ 945.47
ORDER OF
             Nine Hundred and forty-five ——— DOLLARS

HudsonValley
CREDIT UNION

MEMO  14711  5/22            Sheila E Will.
```

Webster Bank
Waterbury, CT

5/12/2022

ATM:   DIN:

**SHEILA E WILLIAMS**
451 LIBERTY ST
BEACON, NY 12508

500
50-7936/2219
13

DATE 7/7/22

PAY TO THE ORDER OF  Charles L. Levesque    $ 945.47

Nine Hundred and Forty-five 47/—————— DOLLARS

**HudsonValley** CREDIT UNION

MEMO 14711  7/1/22                 Sheila E Will

Webster Bank
Waterbury, CT

ATM

http://symform-pdf.hvfcu.org:8080/com.symitar.vsoft.checkretrieval/rest/checkimage/?routi...   9/6/2022

**SHEILA E WILLIAMS**
451 LIBERTY ST
BEACON, NY 12508

545
50-7936/2219
13

DATE 7/7/22

PAY TO THE ORDER OF: Charles Levesque    $745.47

Seven Hundred and Forty-Five    47/DOLLARS

**HudsonValley** CREDIT UNION

MEMO: 1471 8/22

Sheila E Williams

Webster

http://symform-pdf.hvfcu.org:8080/com.symitar.vsoft.checkretrieval/rest/checkimage/?routi...   9/6/2022

```
SHEILA E WILLIAMS                                              544
451 LIBERTY ST                                            58-7936/2219
BEACON, NY 12508                 6/4/22 DATE                    13

PAY TO THE
ORDER OF   Charles L Lesque           $ 845.4
           Eight Hundred and forty-five        DOLLARS

HudsonValley
CREDIT UNION

MEMO  Acct 1471  6/22         Sheila E Williams
```

Webster Bank
Waterbury, CT

ATM:        DIN:

**PERSONAL MONEY ORDER**

Office AU # 11-24 1210(8)

SERIAL #:
ACCOUNT #:

Remitter: ELIJAH WINSTON
Purchaser: ELIJAH WINSTON
Purchaser Account:
Operator I.D.:
Funding Source: Electronic Item(s)

June 3, 2022

PAY TO THE ORDER OF ***CHARLES LEVESQUE***

**Seven Hundred Forty-Five and 48/100 -US Dollars**

**$745.48**

Payee Address:
Memo:

VOID IF OVER US $ 745.48

WELLS FARGO BANK, N.A.
1098 MAIN ST
FISHKILL, NY 12524
FOR INQUIRIES CALL (480) 394-3122

NOTICE TO PURCHASER-IF STOP PAYMENT IS PLACED ON THIS INSTRUMENT, WELLS FARGO BANK MAY IMPOSE A WAITING PERIOD BEFORE ISSUING A REPLACEMENT OR REFUND.

**NON-NEGOTIABLE**

Purchaser Copy

FB004 (10/19) M4203 10204191

---

**PERSONAL MONEY ORDER**

Office AU # 11-24 1210(8)

SERIAL #:
ACCOUNT #:

Remitter: ELIJAH WINSTON
Purchaser: ELIJAH WINSTON
Purchaser Account:
Operator I.D.:
Funding Source: Electronic Item(s)

July 1, 2022

PAY TO THE ORDER OF ***CHARLES LEVESQUE***

**Seven Hundred Forty-Five and 48/100 -US Dollars**

**$745.48**

Payee Address:
Memo:

VOID IF OVER US $ 745.48

WELLS FARGO BANK, N.A.
1098 MAIN ST
FISHKILL, NY 12524
FOR INQUIRIES CALL (480) 394-3122

NOTICE TO PURCHASER-IF STOP PAYMENT IS PLACED ON THIS INSTRUMENT, WELLS FARGO BANK MAY IMPOSE A WAITING PERIOD BEFORE ISSUING A REPLACEMENT OR REFUND.

**NON-NEGOTIABLE**

Purchaser Copy

FB004 (10/19) M4203 10204191

---

**PERSONAL MONEY ORDER**

Office AU # 11-24 1210(8)

SERIAL
ACCOUNT

Remitter: ELIJAH WINSTON
Purchaser: ELIJAH WINSTON
Purchaser Account:
Operator I.D.:
Funding Source: Electronic Item(s)

August 5, 2022

PAY TO THE ORDER OF ***CHARLES LEVESQUE***

**Seven Hundred Forty-Five and 48/100 -US Dollars**

**$745.48**

Payee Address:
Memo:

VOID IF OVER US $ 745.48

WELLS FARGO BANK, N.A.
1098 MAIN ST
FISHKILL, NY 12524
FOR INQUIRIES CALL (480) 394-3122

NOTICE TO PURCHASER-IF STOP PAYMENT IS PLACED ON THIS INSTRUMENT, WELLS FARGO BANK MAY IMPOSE A WAITING PERIOD BEFORE ISSUING A REPLACEMENT OR REFUND.

**NON-NEGOTIABLE**

Purchaser Copy

FB004 (10/19) M4203 10204191