UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHIELA E. WILLIAMS and ELIJAH W.
WINSTON,

                        Plaintiffs,

                  -against-

CHARLES L. LEVESQUE and FAIRFIELD
FINANCIAL MORTGAGE GROUP, INC.,

                        Defendants.

**<u>ORDER</u>**

22-CV-10274 (PMH)

PHILIP M. HALPERN, United States District Judge:

The Court, during the case management conference held on October 24, 2023, put the parties on five days' trial notice as of December 22, 2023. (*See* Oct. 24, 2023 Minute Entry). Jury selection and trial shall commence on February 21, 2024 at 9:00 a.m. in Courtroom 520 of the White Plains Courthouse. The Court will hold a pretrial conference on January 29, 2024 at 10:30 a.m. in Courtroom 520 of the White Plains Courthouse.

The parties are directed to meet and confer and email to Chambers separate copies of the joint *voir dire* questions, joint requests to charge, and a joint verdict form in Word format. The parties are further directed to meet and confer and file a revised Proposed Joint Pretrial Order which shall include the following revisions: (i) omission of the joint *voir dire* questions, joint requests to charge, and a joint verdict form, each of which shall be filed to the docket as separate documents; (ii) addition of a brief summary by each party of the claims and defenses that party has asserted that remain to be tried, without recital of evidentiary matter but including citations to all statutes relied on. The revised Proposed Joint Pretrial Order shall comply with Rule 6(A) of the Court's Individual Practices. The revised pretrial materials shall be submitted by January 22, 2024.

Dated:  White Plains, New York
        January 10, 2024

**SO ORDERED:**

_____

Philip M. Halpern
United States District Judge