UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHIELA E. WILLIAMS, et al.,

                Plaintiffs,

- against -

CHARLES L. LEVESQUE, et al.,

                Defendants.

**ORDER**

22-CV-10274 (PMH)

PHILIP M. HALPERN, United States District Judge:

    This Court entered an Order dated January 10, 2024 (Doc. 23) directing the parties to meet and confer and submit revised pretrial materials by January 22, 2024 in compliance with Rule 6 of the Court's Individual Practices. As of the date of this Order, the parties have not submitted revised pretrial materials to the Court. Accordingly, the parties are directed to, by January 26, 2024: (1) file a revised Joint Pretrial Order via ECF that is consistent with the Court's instructions in its January 10, 2024 Order; and (2) email to Chambers separate copies of the joint *voir dire* questions, joint requests to charge, and a joint verdict form in Word format.

    The pretrial conference set for January 29, 2024 is adjourned to February 5, 2024 at 4:00 p.m. in Courtroom 520 of the White Plains Courthouse.

                              **SO ORDERED.**

Dated:  White Plains, New York
         January 24, 2024

                              PHILIP M. HALPERN
                              United States District Judge