UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

SHEILA E. WILLIAMS *et al.*,

                        Plaintiffs,         **TRIAL ORDER**

    -against-                                 22 Civ. 10274 (JCM)

CHARLES L. LEVESQUE, *et al.*,

                        Defendants.
-----------------------------------------------------------X

The following dates shall apply to the trial of this matter:

1. Jury Selection will be held on May 6, 2024 in Courtroom 421. Trial shall proceed immediately following the completion of jury selection. Unless otherwise specified by the Court, trial shall continue each day from 9:00 a.m. until 5:00 p.m.

2. Defendants' motion *in limine* regarding the jury demand must be filed by February 15, 2024.

3. Plaintiffs' response to the motion *in limine* must be filed by February 22, 2024.

4. Final Pre-Trial Conference will be held on April 12, 2024 at 10:00 a.m. in Courtroom 421.

The aforementioned papers shall be filed with the Clerk of the Court. Counsel shall simultaneously provide courtesy copies to Chambers. <u>Counsel shall also provide the Court with two (2) courtesy copies of all pre-marked exhibits, as well as any deposition transcripts to be used at trial, no later than April 1, 2024.</u>

Dated: February 8, 2024
        White Plains, New York

                                                      **SO ORDERED:**

                                                        _____
                                                        JUDITH C. McCARTHY
                                                       United States Magistrate Judge